| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
SSRE Holdings, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA Signature Fresh

**3. Debtor's federal Employer Identification Number (EIN)**  
47-1304629

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 18901 Railroad Street<br>Rowland Heights, CA 91748<br>Number, Street, City, State & ZIP Code | 1435 N Harbor Blvd #43<br>Fullerton, CA 92835<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **SSRE Holdings, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **SSRE Holdings, LLC**　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **SSRE Holdings, LLC**  Case number (*if known*) _____
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 15, 2021**
               MM / DD / YYYY

**X /s/ Stanley Wetch**                         **Stanley Wetch**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

**X /s/ Stephen R. Wade**             Date **January 15, 2021**
Signature of attorney for debtor                       MM / DD / YYYY

**Stephen R. Wade 79219**
Printed name

**LAW OFFICES OF STEPHEN R. WADE, P. C.**
Firm name

**405 N. Indian Hill Blvd.**
**Claremont, CA 91711**
Number, Street, City, State & ZIP Code

Contact phone **(909) 985-6500**      Email address  **srw@srwadelaw.com**

**79219 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **SSRE Holdings, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 15, 2021**        X **/s/ Stanley Wetch**
                                            Signature of individual signing on behalf of debtor

                                            **Stanley Wetch**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **SSRE Holdings, LLC** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Worldwide Produce** 2652 Long Beach Ave #2 Los Angeles, CA 90058 | | | | | | **$107,386.25** |
| **LaborNow, Inc.** 2670 East Slauson Ave "A" Huntington Park, CA 90255 | | | | | | **$63,370.21** |
| **Southern California Edison** | | | | | | **$47,706.18** |
| **LO Entertainment LLC** 12514 Landale Street Studio City, CA 91604 | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$38,800.00** |
| **Porky Products Inc** 5230 Las Virgines Rd #275 Calabasas, CA 91302 | | | | | | **$26,880.07** |
| **Bakemark** 7351 Crider Avenue Pico Rivera, CA 90660 | | | | | | **$25,462.50** |
| **Absolute Industrial Supplies Inc.** 10540 Humboldt Street Los Alamitos, CA 90720 | | | | | | **$23,600.90** |

Debtor **SSRE Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IFS** 5496 Lindbergh Ln Bell Gardens, CA 90201 | | | | | | $15,674.88 |
| **Rich Moore Design** | | | | | | $15,000.00 |
| **Precision Refrigeration & Air Condi** 9726 Klingerman Street South El Monte, CA 91733 | | | | | | $14,609.29 |
| **Lifeway** | | | **Contingent Unliquidated Disputed** | | | $14,400.00 |
| **Cintas** 2150 South Proforma Avenue Ontario, CA 91761 | | | | | | $10,599.43 |
| **Synergy Logistics, LLC** 5240 West 47th Street Chicago, IL 60638 | | | | | | $10,100.55 |
| **Americold-Dallas** 5210 Catron Drive San Antonio, TX 78227 | | | | | | $9,182.38 |
| **Valley Vista-Regular** | | | | | | $8,206.08 |
| **Electrix Electrical Contracting** | | | | | | $8,100.00 |
| **AMPAC Services Inc.** 8388 Rovana Circle Suite A Sacramento, CA 95828-2534 | | | | | | $7,871.80 |
| **Mozaik** | | | | | | $7,409.50 |
| **On Computers & Network Inc** | | | | | | $5,688.65 |
| **VIA International Management Consul** | | | | | | $5,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

SSRE Holdings, LLC
1435 N Harbor Blvd #43
Fullerton, CA 92835


Stephen R. Wade
LAW OFFICES OF STEPHEN R. WADE, P. C.
405 N. Indian Hill Blvd.
Claremont, CA 91711


Absolute Industrial Supplies Inc.
10540 Humboldt Street
Los Alamitos, CA 90720


AM TRANS Expedite
710 West Belden Avenue
Suite B
Addison, IL 60101-4936


Americold-Dallas
5210 Catron Drive
San Antonio, TX 78227


Americold-Vernon
3420 East Vernon Avenue
Los Angeles, CA 90058


AMPAC Services Inc.
8388 Rovana Circle
Suite A
Sacramento, CA 95828-2534


Apollo Technologies, Inc.
31441 Santa Margarita Pkwy
Rancho Santa Margarita, CA 92688

```
Bakemark
7351 Crider Avenue
Pico Rivera, CA 90660


Cintas
2150 South Proforma Avenue
Ontario, CA 91761


CLH Transportation
1700 Hamner Avenue
Norco, CA 92860


Crown Linen Services
5460 Olive Street
Montclair, CA 91763


Electrix Electrical Contracting



IFS
5496 Lindbergh Ln
Bell Gardens, CA 90201


Interstate Warehousing of Indiana
1401 South Keystone Avenue
Indianapolis, IN 46203


ISD Enterprises, Inc.
4841 Lewis Rd
Stone Mountain, GA 30083-1101
```

```
LaborNow, Inc.
2670 East Slauson Ave
"A"
Huntington Park, CA 90255


Lifeway



LO Entertainment LLC
12514 Landale Street
Studio City, CA 91604


Lutz Marketing
1150 Vine Street
Cincinnati, OH 45202


Midland Equipment Financing
110 South 5th Street
Effingham, IL 62401


Mozaik



On Computers & Network Inc



Orkin
1116 North Fountain Way
Anaheim, CA 92806
```

```
OS4Labor
120 North Fairway Ln
West Covina, CA 91791


Porky Products Inc
5230 Las Virgines Rd
#275
Calabasas, CA 91302


Precision Refrigeration & Air Condi
9726 Klingerman Street
South El Monte, CA 91733


RA Logistics LLC
801 East Plano Pkwy #212
Plano, TX 75074


RBS Logistics Group Inc
70 East Sunrise Hwy #500
Valley Strean, NY


Ready Refresh


Rich Moore Design


Robert's Liquid Disposal
14018 Carmenita Rd
Santa Fe Springs, CA 90670
```

Rowland Water District
3021 Fullerton Rd
Rowland Heights, CA 91748


Sharpiro Gilman Shandler Produce
739 Decatur Street
Los Angeles, CA 90021


Shepard Bros. Inc.
503 South Cypress Street
La Habra, CA 90631


SoCalGas


Southern California Edison


Synergy Logistics, LLC
5240 West 47th Street
Chicago, IL 60638


TCF National Bank


Valley Vista - Compactor Rental

```
Valley Vista-Regular


VIA International Management Consul


Weiler West, Inc


WiLine Networks Inc



Worldwide Produce
2652 Long Beach Ave #2
Los Angeles, CA 90058

Zirkle Group Inc.
979 Roxbury Rd
San Marino, CA 91108-2442
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Stephen R. Wade 79219**<br>**405 N. Indian Hill Blvd.**<br>**Claremont, CA 91711**<br>**(909) 985-6500 Fax: (909) 912-8887**<br>California State Bar Number: **79219 CA**<br>**srw@srwadelaw.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**SSRE Holdings, LLC**<br><div align="right">Debtor(s),</div><br><div align="right">Plaintiff(s),</div><br><br><div align="right">Defendant(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Stephen R. Wade 79219**                              , the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                             **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation
2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*
   b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **January 15, 2021** | By: | **/s/ Stephen R. Wade** |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |
| | Name: | **Stephen R. Wade 79219** |
| | | Printed name of Debtor, or attorney for Debtor |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          **F 1007-4.CORP.OWNERSHIP.STMT**